SEPTEMBER 21, 1945

**No. 50514.—** Protest 108327–K of Edward I. Petow & Son. C. D. 933. Motion of Government for rehearing denied.